Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
GREGORY WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR-10-00772-SC |
| ) | |
| Plaintiff,   ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING THE |
| v.   ) | SENTENCING HEARING |
| ) | |
| GREGORY WALKER,   ) | |
| ) | |
| Defendant.   ) | |

Upon the request of the defendant, GREGORY WALKER, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States and the United States Probation Department, and good cause appearing because defendant's counsel has been engaged in a continuing preliminary hearing in a homicide case and only recently received the final Pre-Sentence Report,

The sentencing hearing is continued from September 16, 2011 to November 14, 2011 at 10:00 in the morning.

SO STIPULATED.

Dated: September 13, 2011

                                                                /s/
                                        GEORGE C. BOISSEAU

                                        Attorney for Defendant
                                        GREGORY WALKER

IT IS SO STIPULATED.

Dated: September 13, 2011

                                        /s/
                                TAREK HELOU
                                Assistant United States Attorney

## ORDER

Upon the request of the defendant, GREGORY WALKER, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States and the United States Probation Department, and good cause appearing,

The sentencing hearing is continued from September 16, 2011 to November 14, 2011 at 10:00 in the morning.

IT IS SO ORDERED.

Dated: September 13, 2011

                                HON. SAMUEL CONTI
                                United States District Judge
                                Northern District of California

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]